

**DeBoer IP**

PROFESSIONAL CORPORATION

**DEBOER IP, PC**
2211 Rayford Rd., #111-116
Spring, TX  77386
832-510-IDEA (4332)
john@deboerip.com

November 17, 2015

*Priority Mail*
**U.S. Court House**
Chambers of Hon. Melinda Harmon
*c/o*: Ms. Rhonda Hawkins
515 Rusk Ave.
Houston, Texas  77002

Re: **General Status – Case No: 4:15-mc-00654**

Dear Ms. Hawkins,

This law office represents Requestor Dennis Flaherty in the above-referenced action. In May of this year, an Objection (Document No. 8, plus accompanying) was filed by Requestor, and a Response to the Objection (Document No. 9) was filed by Facebook.

Upon phone inquiry to you in August we *very briefly* discussed that all items appear docketed, and Judge Harmon was aware of this case.

As the forthcoming Holiday season approaches, followed by the New Year, the Requestor has made an inquiry to me as to whether anything further is required from him in this matter.  We will continue to assume all items are properly submitted, and the matter will be decided upon by Judge Harmon in its due course.

Please contact me if there are any questions.

Respectfully,

*John M. DeBoer*

John M. DeBoer
**DEBOER IP, PC**
2211 Rayford Rd., Suite 111-116
Spring, TX  77386

JMD/dd